IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MHL CUSTOM, INC.

          Plaintiff,

v.                                    Civil Action No. 3:22-cv-21258-MCR-ZCB

FOIL BOARDING COMPANY, INC.

          Defendant.
_____/

## NOTICE OF POTENTIAL SETTLEMENT AND JOINT MOTION TO STAY

Plaintiff, MHL Custom, Inc. ("Plaintiff"), and Defendant, Foil Boarding Company Inc. ("Defendant"), by and through their undersigned counsel, hereby notify the Court that the parties have reached a preliminary agreement as to certain key terms of a potential settlement and request until July 16, 2023, for the parties to continue the efforts to resolve this dispute.  In accordance with the parties' settlement efforts, the parties jointly move the Court to stay all proceedings in this matter until July 16, 2023, including deadlines pursuant to the Court's scheduling order and Patent Local Rules, so the parties can attempt to

make meaningful progress towards reaching a full and complete resolution of their dispute.

Respectfully submitted this the 19th day of May, 2023.

<table>
<tr><td>

*/s/John R. Zoesch, III*
**JOHN R. ZOESCH III**
Florida Bar No. 0045257
jrz@beggslane.com
**STEPHEN D. WILSON**
Florida Bar No. 1010484
sdw@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL  32502
Tel:  (850) 432-2451
Fax:  (850) 469-3331

-and-

Dennis D. Murrell (KY 84017, *admitted pro hac vice*)
Robert J. Theuerkauf (KY 89068, *admitted pro hac vice*)
Brian P. McGraw (KY 90447, *admitted pro hac vice*)
Megan E. Gibson (KY 97237, *pro hac vice to be filed*)
**GRAY ICE HIGDON**
4600 Shelbyville Road, #8022
Louisville, Kentucky 40257
Telephone: (502) 584-1135
Facsimile: (502) 561-0442
dmurrell@grayice.com
rjt@grayice.com
bmcgraw@grayice.com
mgibson@grayice.com

ATTORNEYS FOR PLAINTIFF MHL CUSTOM, INC.

</td><td>

*/s/Matthew M. Couch*
**MATTHEW M. COUCH**
Florida Bar No. 0098916
**ROBERT J. POWELL**
Florida Bar No. 70318
**MOORHEAD LAW GROUP, PLLC**
127 Palafox Place, Suite 200
Pensacola, FL 32502
(850) 466-4093 (Office)
(850) 477-0982 (Fax)
rpowell@moorheadlaw.com
mcouch@moorheadlaw.com
heidi@moorheadlaw.com
acavin@moorheadlaw.com
*Attorneys for Foil Boarding Company, Inc.*

-and-

By: */s/ Kristopher O. Anderson*
**KRISTOPHER O. ANDERSON**
*(admitted pro hac vice)*
Alabama Bar No. ASB-4318-O68A
**YATES ANDERSON**
4851 Wharf Pkwy, Ste D-230
Orange Beach, AL 36561
(251) 500-4853 (Office)
kris@yatesanderson.com

ATTORNEYS FOR DEFENDANT FOIL BOARDING COMPANY, INC.

</td></tr>
</table>

3