IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MHL CUSTOM, INC.

    Plaintiff,

v.              Civil Action No. 3:22-cv-21258-MCR-ZCB

FOIL BOARDING COMPANY, INC.

    Defendant.
_____/

## NOTICE OF POTENTIAL SETTLEMENT AND JOINT MOTION TO STAY

Plaintiff, MHL Custom, Inc. ("Plaintiff"), and Defendant, Foil Boarding Company Inc. ("Defendant"), by and through their undersigned counsel, hereby notify the Court that the parties are diligently negotiating terms of a potential settlement agreement and request until August 18, 2023, for the parties to continue the efforts to resolve this dispute. In accordance with the parties' settlement efforts, the parties jointly move the Court to stay all proceedings in this matter until August 18, 2023, including deadlines pursuant to the Court's scheduling order

and Patent Local Rules, so the parties can attempt to make meaningful progress towards reaching a full and complete resolution of their dispute.

Respectfully submitted this the 13th day of July, 2023.

*/s/John R. Zoesch, III*
**JOHN R. ZOESCH III**
Florida Bar No. 0045257
jrz@beggslane.com
**STEPHEN D. WILSON**
Florida Bar No. 1010484
sdw@beggslane.com
**BEGGS & LANE, RLLP**
501 Commendencia Street
Pensacola, FL  32502
Tel:   (850) 432-2451
Fax:  (850) 469-3331

*-and-*

Dennis D. Murrell (KY 84017, *admitted pro hac vice*)
Robert J. Theuerkauf (KY 89068, *admitted pro hac vice*)
Brian P. McGraw (KY 90447, *admitted pro hac vice*)
Megan E. Gibson (KY 97237, *pro hac vice to be filed*)
**GRAY ICE HIGDON**
4600 Shelbyville Road, #8022
Louisville, Kentucky 40257
Telephone: (502) 584-1135
Facsimile: (502) 561-0442
dmurrell@grayice.com
rjt@grayice.com
bmcgraw@grayice.com
mgibson@grayice.com

ATTORNEYS FOR PLAINTIFF MHL CUSTOM, INC.

*/s/Matthew M. Couch*
**MATTHEW M. COUCH**
Florida Bar No. 0098916
**ROBERT J. POWELL**
Florida Bar No. 70318
**MOORHEAD LAW GROUP, PLLC**
127 Palafox Place, Suite 200
Pensacola, FL 32502
(850) 466-4093 (Office)
(850) 477-0982 (Fax)
rpowell@moorheadlaw.com
mcouch@moorheadlaw.com
heidi@moorheadlaw.com
acavin@moorheadlaw.com

*-and-*

*/s/ Kristopher O. Anderson*
**KRISTOPHER O. ANDERSON**
*(admitted pro hac vice)*
Alabama Bar No. ASB-4318-O68A
**YATES ANDERSON**
4851 Wharf Pkwy, Ste D-230
Orange Beach, AL 36561
(251) 500-4853 (Office)
kris@yatesanderson.com

*-and-*

*/s/ J. Hunter Adams*
**J. Hunter Adams**
*(admitted pro hac vice)*
Alabama Bar No. ASB-5290-J80Z
**ADAMSIP, LLC**
453 Dauphin Street, 2nd Floor

3

Mobile, AL 36602
(251) 289-9787 (Office)
hunter@adamsiplaw.com

ATTORNEYS FOR DEFENDANT FOIL BOARDING COMPANY, INC.

4